UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,        Case No.: 2:25-cr-15

  v.

SAMIR DUBON-MARTINEZ,        Hon. PHILLIP J. GREEN
                                                  United States Magistrate Judge

      Defendant.

_____/

**GOVERNMENT'S MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, Samir Dubon-Martinez. Under 18 U.S.C. §3142(f)(2)(A), the government believes there is a serious risk that the defendant will flee. Therefore, the Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. §3142(f). The government is seeking a continuance of three days to prepare for the detention hearing.

                                               Respectfully submitted,

                                               TIMOTHY VERHEY
                                               United States Attorney

Dated: September 26, 2025        /s/ *Hanna L. Rutkowski*
                                               HANNA L. RUTKOWSKI
                                               Assistant United States Attorney
                                               1930 U.S. Hwy 41 W., 2nd Floor
                                               Marquette, Michigan 49855
                                               (906) 226-2500
                                               hanna.rutkowski@usdoj.gov